1  GERALD T. McFADDEN (SBN 87446)
   Attorney at Law
2  2366 Front Street
   San Diego, CA 92101
3  (619) 338-0507
   E-mail: gtmfadden@hotmail.com
4
   Attorney for Defendant
5  TODD JOHNSON

6

7
                    UNITED STATES DISTRICT COURT
8
                 SOUTHERN DISTRICT OF CALIFORNIA
9
                      (HON. MARILYN L. HUFF)
10
   UNITED STATES OF AMERICA,      )    Crim. Case No. 09CR1207-H
11                                 )
                  Plaintiff,       )    RESPONSE AND OPPOSITION TO
12                                 )    GOVERNMENT MOTION FOR
   v.                              )    RESTITUTION ORDER
13                                 )
   TODD JOHNSON,                   )
14                                 )
                  Defendant.       )    NCD: August 27, 2010
15                                 )          at 9:00 a.m.
   _____
   TO:   LAURA E. DUFFY, UNITED STATES ATTORNEY,
16         LAWRENCE A. CASPER, ASSISTANT UNITED STATES ATTORNEY
           KURT WOMACK, UNITED STATES PROBATION OFFICER
17
                          **I. INTRODUCTION**
18
          The defendant, TODD JOHNSON, entered a guilty plea to a 1 count information charging
19
   that the defendant made inflated false statements on a mortgage loan application he prepared on
20
   about January 21, 2005, in the names of Kenneth and Lorraine Carr in connection with a condo
21
   purchase at the Crown Point Condominium Complex pursuant to partnership agreement, created by
22
   Richard Norton and a Chicago Title employee, by which Richard Norton or one of his entities had
23
   agreed to cover all costs regarding that condo, in order to influence Wells Fargo Bank. JOHNSON's
24
   plea agreement conduct is limited to such false statements in more than 10 and less than fifty loan
25
   applications for escrows of Crown Point Condominium purchases based on the Norton partnership
26
   agreement.
27
          The defense requests that the government motion be denied; or, denied as to all except for the
28
   Fords for the reasons set forth below.

                                          1

## II.  SPECIFIC RESTITUTION REQUESTS

All of the individuals (except Betty and Glen Cadrez), which are the subject of the government motion, at Government Appendix A (CR 48-1), were represented by Michael Kirby and Jonathan Boynton of Kirby, Noonan, Lance & Hodge, LLP in civil litigation involving Chicago Title (plaintiffs' counsel).

Plaintiffs' counsel did not represent and do not know, Betty and Glen Cadrez. The statements in the government motion do not indicate involvement by the Cadrezs in the Crown Point Condominium Purchase Agreement purchases; and, the government statements indicate that whatever the Cadrezs activity with Richard Norton, their activity predated this defendant JOHNSON's employment with Richard Norton (CR 48 at p.3).

Plaintiffs' counsel represented all the other individuals who are the subject of the government's restitution motion.  Plaintiffs' counsel advises, and the government was previously so advised, that none of these individuals, except Doug and Jennifer Ford, suffered loss as a result of Crown Point Condominium purchases.  Their losses are the result of unrelated transactions with Richard Norton such as cash investments or loans.  None of the specific statements in the government's motion as to these individuals is to the contrary.  (CR 48 at pp. 3-4.)

As to Doug and Jennifer Ford, this loss does relate to a Crown Point Condominium purchase pursuant to the Norton partnership agreement.  The Fords entered into and signed the Norton partnership agreement and related documents.  The Fords still own the condominium.  Plaintiffs counsel is making further inquiry and the defense will advise the Court of the defense position and financial detail as soon as possible.

## III.  CONCLUSION

For these reasons, and any further reasons which may appear at the hearing of this matter, the defense requests that the government motion be denied.

Respectfully submitted,

Dated: August 20, 2010          s/Gerald T. McFadden
                                GERALD T. McFADDEN, Attorney for Defendant Johnson

2